**BAKER ROCK CRUSHING CO. (doing business as Baker Rock Resources), Plaintiff–Appellant,**

v.

**PACIFIC ROCK PRODUCTS, LLC, Defendant–Cross Appellant.**

No. 00–1504, 01–1055.

United States Court of Appeals, Federal Circuit.

Aug. 15, 2001.

ORDER

The parties having so agreed, it is

ORDERED that the proceeding is DISMISSED under Fed. R.App. P. 42(b).